C. A. Nos. 76-22, 25. STATE *v.* ARTHUR GOMES AND RONALD DeLOMBA. Defendant, Arthur Gomes, is directed to file a memorandum by January 18, 1977, to *show cause* why his case should not be dismissed as moot. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for

plaintiff. *William F. Reilly,* Public Defender, *John A. Mac-Fadyen III,* Asst. Public Defender, for defendants.